UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-25975 |
| Luis R Tamez and Zina R Tamez | ) | (Jointly Administered) |
| | ) | Chapter:  13 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER VALUING CLAIM OF BMO HARRIS BANK N.A.

On December 19, 2016, the debtor(s) filed a motion to value the claim of BMO Harris Bank N. A. (the "creditor") secured by a lien against the property commonly known as 1427 S. Fern Drive, Mount Prospect, IL 60056 (address) with real estate tax pin number 08-14-306-038-0000 (the "property"). The creditor has not responded to the motion.

IT IS HEREBY ORDERED that the relief requested in the motion in favor of the debtor(s) and against the creditor is granted as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the creditor stemming from its Mortgage Lien (identified by the last four digits of the account number as 2636) against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the creditor for the Mortgage Lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan

☒ and entry of a discharge

the creditor's Mortgage Lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a).

Enter:

Dated:   JAN 1 2 2017

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600